126/ *Bagley vs Baldwin*

*Ezra Baldwin Jun^r ads. Amasa Bagley*    Filed in open Court
Dec. 4. 1832

*Ezra Baldwin Jun^r ads.* }    Supreme Court
*Amasa Bagley* }    December term A.D. 1832.

And the said Ezra Baldwin Jun^r comes and says that the said Amasa Bagley ought not to have or maintain his writ of error aforesaid against him the said Ezra Baldwin Jun^r because he says that the writ of error aforesaid was not sued out by the said Amasa Bagley and duly served upon him the said Ezra within one year next

after the giving the judgment aforesaid, in form aforesaid obtained against the said Amasa Bagley by him the said Ezra in the said County Court of the County of Oakland aforesaid; and this he the said Ezra Baldwin jun$^r$ is ready to verify; Wherefore he prays judgment if the said Amasa Bagley ought to have or maintain his writ of error aforesaid against him the said Ezra Baldwin Jun$^r$ &c.

Wm. A. Fletcher Atty & of Counsel<br>for Deft in Error.